IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21mj376 |
| ) | |
| JASON DOUGLAS OWENS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JASON OWENS, by and through his attorney of record, and files this Motion to Modify Terms and Conditions of Release, and, in support thereof, would show the Honorable Court as follows:

I.

On April 19, 2021, Magistrate Judge Susan Hightower of the Western District of Texas, Austin Division, ordered JASON OWENS' release. On April 21, 2021, Magistrate Judge G. Michael Harvey of the District of Columbia ordered JASON OWENS' release and, as a condition of release, ordered that he was to have no contact with anyone present at or involved with the events at the U.S. Capitol on January 6, 2021, including his son, Grady Owens. See Terms and Conditions of Release attached hereto as Exhibit "A."

II.

By email dated May 5, 2021, Linda Cano, Pretrial Services Officer in the Western District of Texas, Austin Division, indicated to Christine Schuck, Pretrial Services Officer in the District of Columbia, that Ms. Cano would be supervising both father and son if Grady was released.  Ms. Cano had no objection at that time with the two residing in the same home.  Christine Schuck endorsed Ms. Cano's recommendation by memo dated May 5, 2021.  See Exhibit "B" attached hereto.

III.

Since the date of these memoranda, Grady Owens has been released and allowed to return to his hometown.  He had been living with a friend from church, but has now moved into a rental property that the Owens have in the same town.  The Delta variant of COVID-19 ran through the Owens family during July and early August.  They have finally recovered.  Attached as Exhibit "C" is a copy of Jason Owens' lab results.  For continued health of the family, Defendant requests that his son be allowed to live with him in the same residence.  Defendant agrees that he will not discuss the events of January 6, 2021, with his son.

IV.

Counsel has conferred with AUSA Jennifer Rozzoni, and she has indicated the Government will oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion be granted and that the Court modify the Terms and

Conditions of Release to indicate that Defendant is to have no contact with anyone present at or involved with the events at the U.S. Capitol on January 6, 2021, other than his son, Grady Owens.

                                      Respectfully submitted,

                                      JIM DARNELL, P.C.
                                      310 N. Mesa, Suite 212
                                      El Paso, TX  79901
                                      Phone: (915)532-2442
                                      Fax:   (915)532-4549

                                By: /s/Jim Darnell
                                      Jim Darnell
                                      jdarnell@jdarnell.com
                                      TX State Bar No. 05391250
                                      NM State Bar No. 148187

                                Attorney for Defendant

## Certificate of Service

I hereby certify that on this 13th day of October, 2021, a true and correct copy of the foregoing instrument has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to the United States Attorney's Office.

                                      /s/Jim Darnell
                                      Jim Darnell

10090.lad