IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-mj-376 |
| ) | |
| JASON DOUGLAS OWENS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon review of Defendant's Motion to Modify Conditions of Release [ECF No. 17], the Government's Response to the Motion [ECF No. 20], and the representations made before the Court on October 28, 2021, it is hereby

**ORDERED** that Defendant's request is **GRANTED**; and it is further

**ORDERED** that Section (g) of the Court's Order Setting Conditions of Release, dated April 21, 2021 [ECF No. 7], be modified to permit Defendant to have contact with his son, Grady Owens. Defendant shall not discuss or communicate with his son regarding the events of January 6, 2021. All other conditions of release cited in the Court's Order Setting Conditions of Release remain the same.

**SO ORDERED** this 28th day of October, 2021.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE